IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 05-605-GPM |
| | ) |
| MISCELLANEOUS COMPUTER EQUIPMENT, | ) |
| | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT AND DECREE FOR FORFEITURE

**MURPHY, Chief District Judge:**

A default having been entered as to Emad Haroun and all interested parties in the above case on May 11, 2006 (*see* Doc. 16), in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment against the defaulted defendants and having filed a proper motion as to the requested relief, the Court notes the following:

1.  On August 19, 2005, a verified complaint for forfeiture was filed by the United States against the defendant, miscellaneous computer equipment, more further described as:

    One Epson printer, ERZK037920;
    One IO DJ Station, NJ0407I0300249;
    One Misc. Computer Hardware;
    One Digital Weights and Scales;
    Seven DVD and CD Burners;
    One EDI Essential Data Tower, C100896;
    One unknown Brand Tower DVD Burner, 171004042;
    One unknown Brand Tower DVD Burner, 191204014;
    One unknown Brand Tower w/2 DVD Burner;
    One Hewlett Packard Keyboard, C990203688;

       One Compaq Keyboard, B354ALQ0AJR16V;
       One Compaq Computer Monitor, 038BA64WW849;
       One E-Machine Computer Tower, CE2241004909;
       One Lexmark Copier, 13481781086;
       One Compaq Computer Tower, 1X0AFPPFV5NK;
       One Pioneer DVD Player, CKCP046562CC;
       One Phillips TV Monitor, BZ1A0343104152;
       One Canon Copier Printer, TVL72872;
       One Lexmark Copier Printer, 12070630774; and
       Two Digital Scales.

The complaint alleges that said equipment constitutes electronic, mechanical, or other devices for manufacturing, reproducing, or assembling copies of phonorecords manufactured, reproduced, distributed, sold, or otherwise used, intended for use, or possessed with intent to use in violation of 17 U.S.C. § 506(a) and is subject to forfeiture pursuant to 17 U.S.C. § 509(a).

2. Process was fully issued in this action and returned according to law. Pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized said property on April 20, 2006.

3. On October 5, 2005, October 12, 2005, and October 19, 2005, notice of this action was published in The Legal Reporter newspaper. The Certificate of Publication was filed with this Court on October 27, 2005.

4. Emad Haroun and all interested parties were defaulted for failure to file a claim or answer within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

In light of the foregoing, the motion by the United States of America for a Judgment and Decree of Forfeiture (Doc. 18) is **GRANTED**, and the property, miscellaneous computer equipment, as described above, is hereby ordered forfeited to the United States of America and no right, title,

or interest in the property shall exist in any other party except as stated below. The defendant property shall be disposed of according to law by the United States Marshal.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff, United States of America, and against Defendant as described above.

The Clerk shall mail a copy of this Judgment and Decree for Forfeiture to Emad Haroun, 172 Oakhill Drive, Maryville, Illinois 62062.

**IT IS SO ORDERED.**

DATED: 06/08/06

s/ G. Patrick Murphy<br>
G. PATRICK MURPHY<br>
Chief United States District Judge